# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

SHARON L. SCRIBNER,

      Plaintiff,

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

NO.  CV-04-3136-CI

**JUDGMENT IN A
CIVIL CASE**

    **IT IS ORDERED AND ADJUDGED** that this matter is REVERSED and REMANDED to the Commissioner for further administrative proceedings, a new hearing, and a new decision  pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Memorandum of the Ninth Circuit Court of Appeals, dated August 6, 2007, Cause No. 05-36233. Judgment is entered for the Plaintiff.

    DATED this 5th day of December, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

by: _____
      Deputy Clerk

cc: all counsel